IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MOLLIN HAVADI,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>ALEJANDRO MAYORKAS, Secretary of the Department of Homeland Security; UR MENDOZA JADDOU, Director U.S. Citizenship and Immigration Services; and NELSON PEREZ, Acting District Director: Kansas City;<br><br>　　　　　　　Defendants. | 8:24CV207<br><br>ORDER OF DISMISSAL |

　　　This matter comes before the Court on the plaintiff's Motion to Dismiss (Filing No. 12). The Court, being advised in the premises, finds that such an Order is proper.

　　　IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed without prejudice.

　　　Dated this 6th day of September, 2024.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　Senior United States District Judge